BUFFINGTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 706, Misc. Decided May 27, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

COUNTS *v.* COUNTS.

No. 1058, Misc. Decided May 27, 1963.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.